65 So.2d 207

### Andrew B. WEST v. STATE.
#### 6 Div. 570.

Supreme Court of Alabama.
May 14, 1953.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., and Thos. M. Haas, Montgomery, of counsel, for petitioner.

Ray & Giles, Birmingham, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in the case of West v. State, 65 So.2d 203.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.